**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: D.J.K., A MINOR     :   No. 567 MAL 2023

                                                    :

                                                    :

PETITION OF: D.J.K., A MINOR         :   Petition for Allowance of Appeal

                                                    :   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 25th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.